

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| MARIA SALDANA-FOUNTAIN, | § | No. 08-12-00322-CV |
| Appellant, | § | Appeal from the |
| v. | § | 384th District Court |
| CHAVEZ LAW FIRM, ENRIQUE CHAVEZ, JR., AND CHAVEZ LAW, P.C., | § § | of El Paso County, Texas (TC# 2011-2939) |
| Appellees. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellant and her sureties, if any, *see* TEX. R. APP. P. 43.5, on the judgment and all costs in this Court, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 25TH DAY OF NOVEMBER, 2014.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.
Rivera, J., not participating